**Andrew J. MELECHINSKY**

v.

**STATE.**

**No. 79-285-Appeal.**

Supreme Court of Rhode Island.

Feb. 27, 1981.

Aram K. Berberian, Michael J. Kiselica, Warwick, for plaintiff.

Dennis J. Roberts II, Atty. Gen., John S. Foley, Spec. Asst. Atty. Gen., for defendant.

**ORDER**

This is a civil action in which the plaintiff seeks damages from the state for false imprisonment. Suit was commenced more than two years after he was released from confinement. General Laws 1956 (1969 Reenactment) § 9-1-5 provides that a tort claim against the state must be instituted within two years "of the accrual" of the claim. On February 9, 1981, plaintiff, through his counsel, appeared before us and attempted to show cause why the Superior Court's dismissal of his action should not be affirmed because of the generally accepted view that the statute of limitations on a claim for false imprisonment begins to run at the time the prisoner is released from confinement. See Annot., 49 A.L.R.2d 922 (1956) and its Later Case Service. The plaintiff has failed to show cause, and, accordingly, his appeal is denied and dismissed, and the judgment appealed from is affirmed.

■

**ASHTON FIRE DISTRICT**

v.

**LOCAL 2725, I.A.F.F., AFL/CIO.**

**No. 80-7-M.P.**

Supreme Court of Rhode Island.

March 12, 1981.

Francis R. Foley, Pawtucket, for petitioner.

Hogan & Hogan, Edward T. Hogan, Thomas S. Hogan, Providence, for respondent.

**ORDER**

Pursuant to the respondents' motion, the petition for writ of certiorari is dismissed as moot, the writ heretofore issued is quashed and the record herein is ordered returned to the State Labor Relations Board.

MURRAY, J., did not participate.